FILED
CLERK, U.S. DISTRICT COURT

APR 1 7 2018

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )      Case No.: ED 18 –134 M
                                                     )
                         Plaintiff,          )      ORDER OF DETENTION PENDING
                                                     )      FURTHER REVOCATION
           v.                                  )      PROCEEDINGS
Steven Holden                        )      (FED. R. CRIM. P. 32.1(a)(6); 18
                                                     )      U.S.C. § 3143(a)(1))
                         Defendant.      )
_____)

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central_ District of _California_ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

(✓)   information in the Pretrial Services Report and Recommendation

(✓)   information in the violation petition and report(s)

(✓)   the defendant's nonobjection to detention at this time

( )   other: _____

1

and/ or

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

(✓) information in the Pretrial Services Report and Recommendation

(✓) information in the violation petition and report(s)

(✓) the defendant's nonobjection to detention at this time

( ) other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 4/17/18

_____
SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE

2